United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 24, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-41144
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE NATIVIDAD GONZALEZ-PARDO,

Defendant-Appellant.

--------------------

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:03-CR-746-ALL

--------------------

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Jose
Natividad Gonzalez-Pardo (Gonzalez) has moved for leave to
withdraw and has filed a brief pursuant to Anders v. California,
386 U.S. 738 (1967). Gonzalez has received a copy of counsel's
motion and brief, but he has not filed a response. Our review of
the brief filed by counsel and of the record discloses no
nonfrivolous issue for appeal. Accordingly, the motion for leave

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.